PROB 12C  
(6/16)

Report Date: January 3, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 03, 2022**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jared Allen Flett | Case Number: 0980 2:18CR00231-TOR-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇ Spokane, Washington 99205 | |

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: May 29, 2019

| | | |
|---|---|---|
| Original Offense: | Sexual Abuse of a Minor, 18 U.S.C. §§ 2243 and 1153 | |
| Original Sentence: | Prison - 36 months<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: July 8, 2021 |
| Defense Attorney: | Lorinda M. Youngcourt | Date Supervision Expires: July 7, 2031 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 8**: You shall not enter into or remain in any establishment where alcohol is the primary item of sale. You shall abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: It is alleged that Mr. Flett violated the terms of his supervised release by consuming alcohol on or about November 21, 2021.<br><br>On July 12, 2021, Mr. Flett participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard and special conditions of supervised release were reviewed. Mr. Flett signed a copy of the conditions of supervision acknowledging his understanding.<br><br>On November 22, 2021, Mr. Flett admitted to the undersigned that he consumed an airplane shot of whiskey on November 21, 2021. The undersigned was first made aware of this after Mr. Flett's apartment manager contacted the undersigned on November 22, 2021, after he observed the aforementioned airplane shot in Mr. Flett's apartment. |
| 2 | **Standard Condition # 7**: You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation |

officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: It is alleged that Mr. Flett violated the terms of his supervised release by changing his status in employment by separating from his employer on or about December 3, 2021, and that he did not report this information to his U.S. probation officer until December 22, 2021.

On July 12, 2021, Mr. Flett participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard and special conditions of supervised release were reviewed. Mr. Flett signed a copy of the conditions of supervision acknowledging his understanding.

On December 22, 2021, Mr. Flett informed the undersigned that he quit his job with Leadpoint on or about December 3, 2021. Mr. Flett further informed the undersigned that he made this sudden decision because he was frustrated with his supervisor about not receiving a pay raise. Mr. Flett stated that he forgot he had to report his change in employment to his U.S. probation officer and subsequently apologized.

3   **Special Condition # 9**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Mr. Flett violated the terms of his supervised release by using methamphetamine on or about December 22, 2021.

On July 12, 2021, Mr. Flett participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard and special conditions of supervised release were reviewed. Mr. Flett signed a copy of the conditions of supervision acknowledging his understanding.

On December 23, 2021, Mr. Flett provided a presumptive positive urinalysis at Pioneer Human Services (PHS). On December 28, 2021, Mr. Flett admitted to the undersigned, and via a signed document, that he used methamphetamine on or about December 22, 2021.

4   **Special Condition # 9**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Mr. Flett violated the terms of his supervised release by using methamphetamine on or about December 27, 2021.

Prob12C
**Re: Flett, Jared Allen**
**January 3, 2022**
Page 3

On July 12, 2021, Mr. Flett participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard and special conditions of supervised release were reviewed. Mr. Flett signed a copy of the conditions of supervision acknowledging his understanding.

On December 28, 2021, Mr. Flett reported to the U.S. Probation Office and it was at that time he admitted to the undersigned, and via a signed document, that he last used methamphetamine on or about December 27, 2021. It should also be noted that Mr. Flett provided a urinalysis that tested presumptive positive for methamphetamine on December 28, 2021.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/03/2022

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

### THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice
United States District Judge

January 3, 2022
Date