PROB 12C
(6/16)

Report Date: January 20, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 20, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jared Allen Flett | Case Number: 0980 2:18CR00231-TOR-1 |
| Address of Offender: ███████████████ | Spokane, Washington 99205 |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: May 29, 2019

| | | | |
|---|---|---|---|
| Original Offense: | Sexual Abuse of a Minor, 18 U.S.C. §§ 2243 and 1153 | | |
| Original Sentence: | Prison - 36 months<br>TSR - 120 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: | July 8, 2021 |
| Defense Attorney: | Lorinda Youngcourt | Date Supervision Expires: | July 7, 2031 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/03/2022.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 9**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: It is alleged that Mr. Flett violated the terms of his supervised release by using methamphetamine on or about January 12, 2022.<br><br>On July 12, 2021, Mr. Flett participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard and special conditions of supervised release were reviewed. Mr. Flett signed a copy of the conditions of supervision acknowledging his understanding.<br><br>On January 18, 2022, the undersigned made contact with Mr. Flett at his residence for the purpose of a home contact. It was at that time he admitted to using methamphetamine on January 12, 2022, which was the day before his substance abuse assessment. On January 19, 2022, Mr. Flett reported to the U.S. Probation Office and signed a document admitting to methamphetamine use on January 12, 2022. |

Prob12C
**Re: Flett, Jared Allen**
**January 20, 2022**
**Page 2**

| | | |
|---|---|---|
| | 6 | **Special Condition # 9**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

        **Supporting Evidence**: It is alleged that Mr. Flett violated the terms of his supervised release by using methamphetamine on or about January 17, 2022.

        On July 12, 2021, Mr. Flett participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard and special conditions of supervised release were reviewed. Mr. Flett signed a copy of the conditions of supervision acknowledging his understanding.

        On January 19, 2022, Mr. Flett reported to the U.S. Probation Office as directed. Mr. Flett was unable to provide a urinalysis, though he admitted to the undersigned, and via a signed document, that he last used methamphetamine on or about January 17, 2022.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/20/2022

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
United States District Judge

January 20, 2022
Date