PROB 12C
(6/16)

Report Date: February 10, 2022

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 10, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jared Allen Flett | Case Number: 0980 2:18CR00231-TOR-1 |
| Address of Offender: | Spokane, Washington 99205 |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: May 29, 2019

| | | |
|---|---|---|
| Original Offense: | Sexual Abuse of a Minor, 18 U.S.C. §§ 2243 and 1153 | |
| Original Sentence: | Prison - 36 months<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: July 8, 2021 |
| Defense Attorney: | Lorinda Meier Youngcourt | Date Supervision Expires: July 7, 2031 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/03/2022 and 01/20/2022.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition # 9**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: It is alleged that Mr. Flett violated the terms of his supervised release by using methamphetamine on or about February 9, 2022.<br><br>On July 12, 2021, Mr. Flett participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard and special conditions of supervised release were reviewed. Mr. Flett signed a copy of the conditions of supervision acknowledging his understanding.<br><br>On February 10, 2022, the undersigned spoke to the house manager of the Lincoln House, at which time it was ascertained that Mr. Flett was being terminated from the Lincoln House for a violation of their rules. Specifically, a female was observed in Mr. Flett's room on the morning of February 10, 2022. The Lincoln House manager also informed the undersigned that it was his belief that Mr. Flett was acting erratically and was under the influence of an |

Prob12C
Re: Flett, Jared Allen
February 10, 2022
Page 2

illicit substance. After the conversation with the Lincoln House manager, the undersigned was able to speak with Mr. Flett via telephone. It was at this time Mr. Flett admitted to breaking the rules of Lincoln House and using methamphetamine on or about February 9, 2022.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    02/10/2022

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [X] Other : *All pending violations will be addressed at the Revocation of Supervised Release hearing scheduled for 3/9/2022.*

Thomas O. Rice
United States District Judge

February 10, 2022
Date