PROB 12C
(6/16)

Report Date: July 14, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 14, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jared Allen Flett | Case Number: 0980 2:18CR00231-TOR-1 |

Address of Offender: ███████████████ Spokane, Washington 99205

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: May 29, 2019

| | | | |
|---|---|---|---|
| Original Offense: | Sexual Abuse of a Minor, 18 U.S.C. §§ 2243(a) and 1153 | | |
| Original Sentence: | Prison - 36 months<br>TSR - 120 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: | July 8, 2021 |
| Defense Attorney: | Lorinda Meier Youngcourt | Date Supervision Expires: | July 7, 2031 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/03/2022, 01/20/2022 and 02/10/2022.

On July 12, 2021, Mr. Flett participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard and special conditions of supervised release were reviewed. Mr. Flett signed a copy of the conditions of supervision acknowledging his understanding.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**: It is alleged that Mr. Flett violated the terms of his supervised release as he failed to report to the probation office as instructed by his probation officer on July 6 and 12, 2022.<br><br>Specifically, on July 5, 2022, the undersigned made contact with Mr. Flett at his residence at approximately 6:05 p.m. The undersigned inquired if Mr. Flett had called the hotline for random urinalysis testing at Pioneer Human Services (PHS) that day and he responded that he had not called the number. The undersigned informed Mr. Flett that his assigned color was directed to test on that date and he was subsequently directed to report to PHS before their scheduled closing time of 7 p.m. Mr. Flett was informed by the undersigned that if he |

Prob12C
Re: Flett, Jared Allen
July 14, 2022
Page 2

was unable to make it to PHS before their closing time, and/or he was unable to provide a urinalysis, that he was to report to the U.S. Probation Office on July 6, 2022, before 12 p.m. Per PHS, Mr. Flett reported on July 5, 2022, though was unable to provide a urine sample before their closing time. Mr. Flett failed to report to the probation office on July 6, 2022, as instructed.

On July 12, 2022, the undersigned again made contact with Mr. Flett at his residence at approximately 3 p.m. In respect to Mr. Flett failing to report to the U.S. Probation Office on July 6, 2022, he apologized and stated he was unable to make it due to lack of transportation and not having a cell phone. Mr. Flett stated that he was remaining abstinent from illicit substances and stated that he would be able to provide a urinalysis that day. The undersigned instructed Mr. Flett to report to the probation office before 4:45 p.m. so a urinalysis could be collected and he acknowledged an understanding. Mr. Flett failed to report to the U.S. Probation Office as instructed though he called the undersigned at 4:54 p.m. and stated that he did not have transportation and that he would be providing a urinalysis for his house manager in the afternoon.

9   **Special Condition # 9**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Mr. Flett violated the terms of his supervised release by using fentanyl on or about July 11, 2022.

On July 13, 2022, the undersigned ascertained that Mr. Flett had possibly relapsed on fentanyl on July 11, 2022. The undersigned subsequently spoke with Mr. Flett via telephone and it was at that time he informed the undersigned that he relapsed on fentanyl on July 11, 2022, and that he had to be revived via Narcan.

10  **Standard Condition # 4**: You must be truthful when responding to the questions asked by your probation officer.

**Supporting Evidence**: It is alleged that Mr. Flett violated the terms of his supervised release as he was untruthful when asked direct questions about his substance abuse on July 12, 2022.

Specifically, on July 12, 2022, the undersigned made contact with Mr. Flett at his residence. It was at that time the undersigned specifically inquired with Mr. Flett if he had recently used any illicit substance, and he responded that he was remaining abstinent from all illicit substances. On July 13, 2022, Mr. Flett was confronted by the undersigned about possible fentanyl use, in which he admitted to using fentanyl on July 11, 2022. Mr. Flett subsequently apologized for his dishonesty with the undersigned on July 12, 2022.

Prob12C
Re: Flett, Jared Allen
July 14, 2022
Page 3

| | | |
|---|---|---|
| 11 | | **Special Condition # 6**: You must actively participate and successfully complete an approved state-certified sex offender treatment program. You must follow all lifestyle restrictions and treatment requirements of the program. You must participate in special testing in the form of polygraphs, in order to measure compliance with the treatment program requirements. You must allow reciprocal release of information between the supervising officer and the treatment provider. You must pay for treatment and testing according to your ability. |

**Supporting Evidence**: It is alleged that Mr. Flett has violated the terms of his supervised release as he has failed to participate in sex offender treatment for the month's of June and July 2022.

On July 12, 2022, the undersigned spoke with Mr. Flett's sex offender therapist in which she reported that he is considered non-compliant due to failing to attend treatment sessions in June and July 2022. The undersigned has consistently relayed the importance of contacting his sex offender therapist to Mr. Flett throughout June and July 2022. Mr. Flett has cited that not having a consistent cell phone is the primary factor of him failing to participate in sex offender treatment.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/14/2022

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice
United States District Judge
July 14, 2022
Date