PROB 12C
(6/16)

Report Date: April 25, 2023

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 25, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jared Allen Flett                Case Number: 0980 2:18CR00231-TOR-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮, Spokane, Washington 99205

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: May 29, 2019

| | | |
|---|---|---|
| Original Offense: | Sexual Abuse of a Minor, 18 U.S.C. §§ 1153, 2243(a) | |
| Original Sentence: | Prison - 36 Months; TSR - 120 Months | Type of Supervision: Supervised Release |
| Revocation Sentence: (August 3, 2022) | Prison - 6 Months; TSR - 108 Months | |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: December 23, 2022 |
| Defense Attorney: | Lorinda Meier Youngcourt | Date Supervision Expires: December 22, 2031 |

### PETITIONING THE COURT

**To issue a SUMMONS**.

On December 27, 2022, Mr. Jared Allen Flett signed his conditions relative to case number 2:18CR00231-TOR-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: Mr. Flett is alleged to have violated mandatory condition number 3 by ingesting fentanyl, previously occurring on about April 10, 2023, based on the client's admission of such use.<br><br>Specifically, on April 11, 2023, the undersigned officer received a text message from the client indicating he was having a "really rough time," ultimately leading up to his relapse, occurring on Sunday. Mr. Flett indicated his desire to secure access to inpatient placement, and further advised that he had worked hard to get to where he was and felt as though everything was being taken from him. |

Prob12C
Re: Flett, Jared Allen
April 25, 2023
Page 2

Mr. Flett was encouraged to work with his primary counselor to seek access to inpatient services. Later on that same day, Mr. Flett indicated that he had been approved for placement in detox services. On April 12, 2023, the undersigned officer was able to verify that Mr. Flett had in fact surrendered to the Spokane Regional Stabilization Center on April 11, 2023. On April 17, 2023, Mr. Flett was transferred into inpatient treatment services in Spokane.

On April 20, 2023, the undersigned officer met with Mr. Flett at his current place of inpatient treatment services. Mr. Flett indicated compliance with program requirements and this statement was verified by facility staff. Mr. Flett did sign a drug use admission form, although this time indicated that he had last used fentanyl the day prior to his notification to this officer, on or about April 10, 2023.

The U.S. Probation Office respectfully recommends the Court **issue a SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 25, 2023

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice
United States District Judge

April 25, 2023

Date