PROB 12C
(6/16)

Report Date: May 16, 2023

# United States District Court

for the

## Eastern District of Washington

**Petition for Warrant or Summons for Offender Under Supervision**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 17, 2023

SEAN F. McAVOY, CLERK

Name of Offender: Jared Allen Flett                                  Case Number: 0980 2:18CR00231-TOR-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane, WA 99204

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: May 29, 2019

| | |
|---|---|
| Original Offense: | Sexual Abuse of a Minor, 18 U.S.C. §§ 1153, 2243(a) |
| Original Sentence: | Prison - 36 Months; TSR - 120 Months |
| Type of Supervision: | Supervised Release |
| Revocation Sentence: (August 3, 2022) | Prison - 6 Months; TSR - 108 Months |
| Asst. U.S. Attorney: | Alison L. Gregoire |
| Date Supervision Commenced: | December 23, 2022 |
| Defense Attorney: | Lorinda Meier Youngcourt |
| Date Supervision Expires: | December 22, 2031 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/25/2023.

On December 27, 2022, Mr. Jared Allen Flett signed his conditions relative to case number 2:18CR00231-TOR-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: Mr. Jared Flett is alleged to have violated mandatory condition number 3 by ingesting fentanyl, as previously occurring on or about May 8, 2023, based on the client's admission of such use. |
| | On May 8, 2023, the undersigned officer received a call from the clinical director of the facility where the client was previously engaged in inpatient treatment services. As a part of the conversation, the provider indicated that the client had previously tested positive for fentanyl during urinalysis testing, after conducting a number of resident tests following |

Prob12C
Re: Flett, Jared Allen
May 16, 2023
Page 2

received information that the substance had been brought into their facility. The provider advised that after being confronted, the client denied relapsing on the substance, and the sample was forwarded to the lab for verification. When confronted by staff as to why he tested presumptive positive for the substance, the client informed staff that he had held a fentanyl pill in his hand and had crushed it up for another resident. Mr. Flett stated his belief that he had tested positive as a result of his handling the substance. Mr. Flett also admitted that he had "stood lookout" for another resident, while the individual ingested fentanyl in the facility bathroom.

On May 9, 2023, the undersigned officer was again contacted by the provider who advised that the client was being unsuccessfully discharged on the day in question as a result of his decision to assist another resident in their use of fentanyl. The undersigned officer was able to make contact with the client telephonically prior to his departure from the facility during which he was confronted as to any recent use of fentanyl. Mr. Flett subsequently admitted to having relapsed on the substance on May 8, 2023, while attempting to watch for staff while another resident used the substance in the facility bathroom. Mr. Flett indicated that after smelling the drug being used, he to fell victim to his own temptation and addiction, ultimately also using the substance himself. To Mr. Flett's good fortune, staff were able to arrange for the client's enrollment in another inpatient provider located in Spokane, where he subsequently became engaged in services on the same day he was unsuccessfully discharged by his previous provider.

On May 9, 2023, the undersigned officer was able to conduct scheduled community contact with the client at his newly established inpatient treatment provider. The undersigned officer both confronted and counseled Mr. Flett with regard to his decision to assist another individual in using fentanyl while in inpatient treatment, as well as his decision to use fentanyl. During the contact, Mr. Flett signed a drug use admission form documenting his previous and admitted use of fentanyl as previously occurring on or about May 8, 2023.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 16, 2023

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C  
**Re: Flett, Jared Allen**  
May 16, 2023  
Page 3

THE COURT ORDERS

[ ]   No Action  
[ ]   The Issuance of a Warrant  
[ ]   The Issuance of a Summons  
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.  
[ ]   Defendant to appear before the Judge assigned to the case.  
[X]   Defendant to appear before the Magistrate Judge.  
[ ]   Other

_____  
Thomas O. Rice  
United States District Judge

May 17, 2023  
_____  
Date