PROB 12C
(6/16)

Report Date: August 20, 2024

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 20, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jared Allen Flett                                  Case Number: 0980 2:18CR00231-TOR-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮, Spokane, Washington 99212

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: May 29, 2019

| | | |
|---|---|---|
| Original Offense: | Sexual Abuse of a Minor, 18 U.S.C. §§ 1153, 2243(a) | |
| Original Sentence: | Prison - 36 Months; TSR - 120 Months | Type of Supervision: Supervised Release |
| Revocation Sentence: (August 3, 2022) | Prison - 6 Months; TSR - 108 Months | |
| Revocation Sentence: (October 11, 2023) | Prison - 5 Months; TSR - 60 Months | |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: December 22, 2023 |
| Defense Attorney: | Lorinda Meier Youngcourt | Date Supervision Expires: December 21, 2028 |

## PETITIONING THE COURT

To issue a **SUMMONS**.

On December 26, 2023, Mr. Jared Flett signed his conditions relative to case number 2:18CR00231-TOR-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**: Mr. Flett is alleged to have violated mandatory condition number 1 by being cited and released on August 17, 2024, for Assault 4th Degree, in violation of 9A.36.041, a gross misdemeanor. |
| | Specifically, on August 17, 2024, the undersigned officer received a multitude of automated notifications, indicating that the subject's name had been run by law enforcement, and on August 20, 2024, the relative police reports were received. According to police reports, on |

<mark>

August 17, 2024, at approximately 9:11 p.m., officers responded to the Spokane Transit Authority (STA) bus stop at the intersection of West Highway 2 and South Hayford Road in Airway Heights, in response to a report of an assault.

Upon arrival, law enforcement spoke with an STA bus driver, who advised that three passengers had boarded his bus at the Spokane Tribe Casino, and that all three appeared to be intoxicated. The contact further advised that as he came to a stop at the intersection of Highway 2 and South Hayford Road, one of the males asked if he could be let off the bus, to which the driver responded that he could not. The STA driver then advised that the "intoxicated passengers" began "yelling and swearing" at him. The contact advised that another passenger then intervened and asked the passengers to stop yelling and swearing.

Once arriving at the STA station, the driver opened the door, and as the "intoxicated parties" were departing the bus, the driver observed one of the individuals, later identified as Mr. Flett, throw a "7-Up bottle" at the passenger who had attempted to intervene. The victim was also interviewed who advised that while the parties were exiting the bus, that one of the males looked at her, swore and threw his "7-Up bottle" at her striking her in the chest. The victim described the male to officers, who viewed a previous jail booking photo of Mr. Flett, and who concluded that Mr. Flett was the party who had thrown the bottle at the victim. Mr. Flett was subsequently located, cited and released by law enforcement given the identified misconduct. Mr. Flett was described as being visibly intoxicated during his contact with law enforcement and after initially being detained stated the excited utterance of having thrown the bottle at the victim because she was trying to fight with the female who was in his company.

Mr. Flett's next scheduled court hearing related to the matter is currently scheduled for August 26, 2024, at 10 a.m. in Spokane.

2 **Standard Condition # 7**: You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected changed.

**Supporting Evidence**: Mr. Flett is alleged to have violated standard condition number 7, by having failed to secure employment, or work in any capacity, since beginning the current term of supervised release on December 22, 2023.

Specifically, on August 20, 2024, Mr. Flett reported to the U.S. Probation Office in Spokane to further discuss with the undersigned officer, the recent events occurring on August 17, 2024, in which he was cited and released for assault in the 4th degree. During dialogue, Mr. Flett admitted to having been at the casino gambling. Mr. Flett is currently unemployed, and is residing temporarily at a homeless shelter in Spokane. Mr. Flett further indicated that his sister, who is also currently serving as the care giver for his minor-aged son, gave him $100 and he thought to gamble the money in hopes of winning more.

While Mr. Flett was granted some leniency with regard to employment during the onset of supervised release to stabilize in his then treatment schedule, Mr. Flett has since failed in his requirement to secure employment. It should be noted that Mr. Flett was assisted by the residential reentry center (RRC), during his term of placement there, who assisted him in securing part-time employment, but Mr. Flett refused the job offer, indicating that he did not like the hours and advising that the hours may have conflicted with his then treatment schedule.

3          **Standard Condition # 8**: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting permission of the probation officer.

**Supporting Evidence**: Mr. Flett is alleged to have violated standard condition number 8, by associating with an individual known to him to have a felony record for an extended period on August 17, 2024, ultimately leading to an altercation occurring between the parties.

Specifically, on August 20, 2024, the undersigned officer received a police report with regard to the subject, that which outlined his August 17, 2024, citation and release for assault in the 4th degree. The report, that which describes a circumstance that occurred between the subject and a third party on a bus in Airway Heights, also describes three individuals, including the subject, entering the bus at the Spokane Tribe Casino, ultimately all getting off of the bus at the STA bus station located near West Highway 2, and South Hayford Road. The report also describes that following law enforcement's investigation, that resulted in Mr. Flett's being cited for 4th degree assault, they were then called to an altercation occurring between two males and a female, that which occurred at the Walmart in Airway Heights, less than ½ mile from the bus stop where the subject was alleged to have assaulted another rider.

Upon arrival, law enforcement contacted Walmart loss prevention staff who advised that the parties had all fled in different directions. The employee described the three participants in a manner in which the officer believed that the participants were the same three that had been involved in the previous incident on the bus. Law enforcement located one of the participants in the Walmart store, who was described as having visible injuries to his face. The subject smelled strongly of alcohol and had slurred speech, but refused to discuss what had occurred between the parties in question.

Law enforcement reviewed video footage at the location, that which reflected Mr. Flett, and the female, previously present with them, assaulting the individual located in the store. The female was subsequently located and described as appearing "heavily intoxicated" and largely uncooperative. Mr. Flett himself was subsequently located, detained, cited and released for the previously alleged assault that occurred on the bus. The referenced male victim, who was determined to be in the company of Mr. Flett while on the bus and who Mr. Flett is alleged to have assaulted, is a known party to both the undersigned officer and Mr. Flett, with Mr. Flett and the party having served time together at the Spokane RRC. Mr. Flett later admitted to the undersigned officer to running into the individual in question at the casino, after which they discussed current circumstances to including residency. At no time had Mr. Flett been given approval by the undersigned officer to associate with the individual in question.

Prob12C
Re: Flett, Jared Allen
August 20, 2024
Page 4

The U.S. Probation Office respectfully recommends the Court **issue a SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 20, 2024

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Thomas O. Rice
United States District Judge

August 20, 2024
Date