PROB 12C
(6/16)

Report Date: September 25, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 25, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jared Allen Flett  Case Number: 0980 2:18CR00231-TOR-1

Address of Offender: ▆▆▆▆▆▆▆▆▆▆▆▆▆ Spokane, Washington 99212

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: May 29, 2019

| | | |
|---|---|---|
| Original Offense: | Sexual Abuse of a Minor, 18 U.S.C. §§ 1153, 2243(a) | |
| Original Sentence: | Prison - 36 Months;<br>TSR - 120 Months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(August 3, 2022) | Prison - 6 Months;<br>TSR - 108 Months | |
| Revocation Sentence:<br>(October 11, 2023) | Prison - 5 Months;<br>TSR - 60 Months | |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: December 22, 2023 |
| Defense Attorney: | Lorinda Meier Youngcourt | Date Supervision Expires: December 21, 2028 |

### PETITIONING THE COURT

To **issue a WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/20/2024.

On December 26, 2023, Mr. Jared Flett signed his conditions relative to case number 2:18CR00231-TOR-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Jared Flett is alleged to have violated mandatory condition number 1, on September 24, 2024, by being arrested for Harassment (Domestic violence), in violation of R.C.W. 9A.46.020, a Class C felony.<br><br>According to information received by the U.S. Probation Office, officers with the Spokane Police Department (SPD) were dispatched to a call at approximately 3:43 a.m., on September 24, 2024. The individual who contacted law enforcement stated that a male had broken into an apartment and assaulted someone. |

Prob12C
Re: Flett, Jared Allen
September 25, 2024
Page 2

When officers arrived at the apartment, multiple officers knocked on the front door of the residence, identifying themselves as law enforcement and instructing the occupants to come to the door. Their attempts were unanswered. Due to witness statements, and the presence of blood on the door handle, officers decided to make exigent entry into the apartment to check the welfare of any possible victims.

Once officers made entry into the residence, a female began walking to the front door. Mr. Flett then appeared from the hallway, was not cooperative and was described as continuing to reach toward his waist band. After being detained, Mr. Flett was reportedly yelling racial slurs and swearing at the officers, while also yelling at the female, which led officers to believe that the two were involved in a romantic relationship.

After the subject had been detained, law enforcement officers spoke with witnesses who described seeing Mr. Flett get out of his vehicle, walk up to the apartment and begin banging on the door. The subject then started kicking the door and yelling things similar to, "open the fucking door or I'll kill you, bitch!"

Although the alleged victim was uncooperative, witnesses were in fear for the woman's safety and believed she needed help immediately, which is why they contacted police. Probable cause was subsequently established for the subject's arrest due to the threats to kill, and Mr. Flett was arrested. According to available records, Mr. Flett has since released from the Spokane County Jail.

5  **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision.

**Supporting Evidence**: Mr. Jared Flett is alleged to have violated standard condition number 13, on or about September 24, 2024, by having contact with a female in the community in direct violation of a directive issued to him by the undersigned officer on August 20, 2024.

Specifically, and as the Court likely recalls, a current petition dated August 20, 2024, remains pending in this case. In that report, violation number 1 outlines the subject's arrest for fourth degree assault. During that event as outlined, Mr. Flett was in the company of a female, whom he had discussed with the undersigned officer entering into a relationship with. Mr. Flett indicated that she was fully apprised as to his circumstances, to include his offense of conviction and limitations, to include his inability to drink alcohol.

Following Mr. Flett's alleged assault of a community member as reported in the petition, Mr. Flett and the female present with him were then alleged to have traveled to the Walmart in Airway Heights, where the two are then alleged to have engaged in an altercation with a third individual, who they had been associating with that evening. This individual was known to Mr. Flett to be a convicted felon. This conduct is outlined in violation number 3 of the report dated August 20, 2024.

Following the altercation, the female and Mr. Flett separated and departed the area. Law enforcement then received an additional call in which a female was alleged to be laying in the road, "on purpose," blocking traffic. Law enforcement contacted the female who was detained and described as being "highly intoxicated" and "stumbling." Law enforcement also noted that the odor of alcohol "strongly emanated from her breath" and her speech sounded "noticeably slurred." The female was identified as the same female who had been in the

Prob12C
Re: Flett, Jared Allen
September 25, 2024
Page 3

company of Mr. Flett earlier in the evening. When law enforcement attempted to escort her to their vehicle, she was described as instead sitting down and "screaming at the top of her lungs." The individual was described as being "very uncooperative" and changed her story numerous times as to whether she knew Mr. Flett. The female in question was arrested for disorderly conduct. Given the conduct of the female, to include her reported significant intoxication, her unwillingness to cooperate with law enforcement and her pending charges, on August 20, 2024, Mr. Flett was directed to not have further contact with the female. Mr. Flett stated his understanding of the directive.

On September 24, 2024, Mr. Flett was arrested in the same female's apartment, with whom he had been directed to not have contact, after he was reported and described to law enforcement as trying to kick in her door while verbally threatening to kill her. There now exists a no contact order between the parties.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court **issue a WARRANT**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    September 25, 2024

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
United States District Judge
September 25, 2024
Date