PROB 12C
(6/16)

Report Date: June 27, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 27, 2025

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jared Allen Flett                  Case Number: 0980 2:18CR00231-TOR-1

Address of Offender: ▉▉▉▉▉▉▉▉▉▉ Spokane, Washington 99212

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: May 29, 2019

| | | |
|---|---|---|
| Original Offense: | Sexual Abuse of a Minor, 18 U.S.C. §§ 1153, 2243(a) | |
| Original Sentence: | Prison - 36 months; TSR - 120 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (August 3, 2022) | Prison - 6 months; TSR - 108 months | |
| Revocation Sentence: (October 11, 2023) | Prison - 5 months; TSR - 60 months | |
| Revocation Sentence: (October 9, 2024) | Prison - 9 months; TSR - 60 months | |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: June 24, 2025 |
| Defense Attorney: | Lorinda Meier Youngcourt | Date Supervision Expires: June 23, 2030 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #2**:  You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility. |
| | **Supporting Evidence**: On June 25, 2025, Jared Allen Flett allegedly violated special condition number 2 by failing to report to the residential reentry center (RRC) as required. |

Prob12C
Re: Flett, Jared Allen
June 27, 2025
Page 2

> On June 20, 2025, the assigned probation officer notified the inmate's Bureau of Prisons (BOP) case manager that Mr. Flett would need to report to the RRC for public law placement after his arrival in Spokane, Washington, on June 25, 2025. The case manager confirmed via email that she would relay that instruction to report.
>
> On June 24, 2025, the offender released from BOP custody.
>
> On June 25, 2025, Mr. Flett failed to report to the RRC as required. As such, his public law placement at the facility has been forfeited.

2    **Standard Condition #1**: You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of release from imprisonment, unless the probation officer tells you to report to a different probation office or within a different time frame.

**Supporting Evidence**: On June 27, 2025, Jared Allen Flett allegedly violated standard condition number 1 by failing to report to the U.S. Probation Office within 72 hours of his release from imprisonment.

On June 24, 2025, at approximately 4 a.m., the offender was released from a Bureau of Prisons' (BOP) federal correctional center (FCC) in Florence, Colorado.

According to information received from BOP, Mr. Flett was scheduled to travel from Colorado to Washington via bus. He was scheduled to arrive in Spokane, Washington, at approximately 10:30 a.m., on June 25, 2025.

Since his release, the offender has failed to report to the USPO as required and he has made no attempt to contact the probation office or the assigned officer. As of the writing of this report, his whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 27, 2025

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

Prob12C
Re: Flett, Jared Allen
June 27, 2025
Page 3

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

                                                          *Thomas O. Rice*

Signature of Judicial Officer

6/27/2025

Date